UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., Plaintiff(s), v. REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, Defendant(s). | CASE NO. C26-62-KKE<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on its own motion. On May 26, 2026, the Clerk entered a default against the sole defendant in this case, Republic National Distributing Company LLC. Dkt. No. 8. Three months have now passed, and Plaintiff Northwest Administrators Inc. has not filed a motion for default judgment or taken other action in this case.

Accordingly, Plaintiff is ORDERED to either file a motion for default judgment or else show cause no later than September 10, 2026, why this case should not be dismissed without prejudice for failure to prosecute.

Dated this 27th day of August, 2026.

Kymberly K. Evanson
United States District Judge